**Order entered December 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01527-CV

### DMC VALLEY RANCH, LLC, ET AL. Appellants

### V.

### HPSC, INC., Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-07-14983**

## ORDER

The Court **REINSTATES** the appeal.

This appeal has been pending since August 4, 2011. The parties' briefs have been filed and the case was set for submission when the Court was notified of the filing of bankruptcy by appellant Marc A. Wilson. The appeal was abated on February 14, 2013 due to the bankruptcy filing. In response to our inquiry regarding the status of the bankruptcy, we received a letter from appellants' counsel stating that he did not represent Wilson in the bankruptcy proceeding, but it was his understanding Wilson had been discharged in the proceeding.

Accordingly, we **ORDER** the parties to file, within **FIFTEEN DAYS** of the date of this order, letter briefs addressing the impact of appellant Marc Wilson's discharge in

bankruptcy.  The letter briefs shall include documentation supporting the discharge.

The appeal is reset at issue and will be set for submission in due course.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/     ELIZABETH LANG-MIERS
         JUSTICE